IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : |
| | : |
| **TYRIEK GIBSON, a/k/a Reek, a/k/a TK** | : CRIMINAL NO. 16-327-1 |

## ORDER

**NOW**, this 10th day of December, 2020, upon consideration of the Emergency Motion for Compassionate Release/Sentence Reduction Due to Covid-19 Pandemic (Document No. 209) and the government's response, it is **ORDERED** that the motion is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.